UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MELVIN JOHNSON,

                           Plaintiff,                  9:24-cv-167
                                                                                (ECC/ML)

v.

N.Y.S. DIVISION OF PAROLE, et al.,

                           Defendants.

---

**Appearances:**

Melvin Johnson, *Pro Se Plaintiff*
Susanna M. Klose, Asst. Att'y Gen., *for Defendant N.Y.S. Division of Parole*
James A. Long, Esq., *for Defendant Cayuga County*

**Hon. Elizabeth C. Coombe, United States District Judge:**

## MEMORANDUM-DECISION AND ORDER

Plaintiff Melvin Johnson commenced this action pro se, asserting claims under 42 U.S.C. § 1983. Dkt. No. 1. On May 16, 2025, Defendant Cayuga County (the County) filed a motion to dismiss under Fed. R. Civ. P. 12(b)(6) seeking to dismiss the amended complaint. Dkt. No. 62. Plaintiff filed an opposition to the County's motion. Dkt. No. 66. This matter was assigned to United States Magistrate Judge Miroslav Lovric who, on September 25, 2025, issued a Report-Recommendation and Order recommending that the County's motion to dismiss be denied. Dkt. No. 81. Magistrate Judge Lovric advised the parties that under 28 U.S.C. § 636(b)(1), they had fourteen days within which to file written objections to the report and that the failure to object to the report within fourteen days would preclude appellate review. Dkt. No. 81 at 17. No objections to the Report-Recommendation have been filed.

2

As no objection to the Report-Recommendation has been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.

Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

**WHEREFORE,** it is hereby

**ORDERED** that Magistrate Judge Lovric's Report-Recommendation, Dkt. No. 81, is **ADOPTED** in its entirety; and it is further

**ORDERED** that Defendant Cayuga County's motion to dismiss, Dkt. No. 62, is **DENIED**; and it is further

**ORDERED** that the Clerk shall serve a copy of this Memorandum-Decision and Order on the parties.

**IT IS SO ORDERED.**

Dated: January 27, 2026

_____
Elizabeth C. Coombe
U.S. District Judge